No. 04-7434. McINTOSH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-7435. McGHEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-7436. McKENZIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-7439. BROWN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04-7443. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04-7446. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04-7449. WILHITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-7461. MONTENEGRO-SAMANIEGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-7467. BISHAWI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04-7469. BALLARD v. MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-7472. SULLIVAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04-7473. KELLY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-7475. WILLIAMSON v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04-7478. WASHPUN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04-7479. SPRY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.